IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CLAYTON CALLAWAY                                                                                           PLAINTIFF

vs.                                           Civil No. 6:21-cv-06045

KILOLO KIJAKAZI                                                                                              DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

For the reasons outlined in the Court's Memorandum Opinion entered on today's date, I hereby reverse the decision of the Commissioner and direct that Plaintiff be awarded Title II disability benefits with a disability onset date of September 1, 2008.

**ENTERED this 18th day of May 2022.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE